**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ANDERSON DESIGN GROUP, INC.,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:25-cv-13246

Judge Robert W. Gettleman

Magistrate Judge Albert Berry, III

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | yiwushiyankuaidianzishangwuyouxiangongsi |
| 2 | 畔轩(金华市)电子商务有限公司 |
| 3 | zhongshanshishunjiuzhaomingkejiyouxiangongsi |
| 4 | AnYangFuKuoJianZhuLaoWuFenBao |
| 5 | wweiso |
| 6 | ningboxinrongmaoyiyouxiangongsi |
| 7 | AE750LN8C |
| 8 | MÈO BÉO |
| 9 | RyEcomJ |
| 10 | XiaoXianRuiXingJianZhuGongChengYouXianGongSi |
| 11 | Zhoukou Pingka Trading Co., Ltd |
| 12 | guanxiannuoyinshangmaoyouxiangongsi |
| 13 | yuxiaoss |
| 14 | jinhuashideyuandianzishangwushanghang |
| 15 | 金华市淑徵服饰有限公司 |
| 16 | lingbos |
| 17 | shanxiyuhongdeshangmaoyouxiangongsi |
| 18 | YunNanRuiXiangShangMao |
| 19 | Luoyongww |
| 20 | zhaoruidanchengruifushi |
| 21 | HanRuiZaiShengZiYuan |
| 22 | wanghengmaiwazi |
| 23 | SuiHuaShiWeiHongWuYeGuanLiYouXianGongSi |

| | |
|---|---|
| 24 | yuxiqingyaodianzishangwuyouxiangongsi |
| 25 | TaoTao024 |
| 26 | 裙发科技店 |
| 27 | Fengqiu Intelligent Robot |
| 28 | 义乌市幅陆商贸有限公司 |
| 29 | cunshizi |
| 30 | DEEYY |
| 31 | ChenNaiYun2025 |
| 32 | jjaisn |
| 33 | taoaixuemaiwazi |
| 34 | JJIWE |
| 35 | VA Store^^ |
| 36 | ANH LỘC BA HOA |
| 37 | SHOPLYTHONGLIBRA |
| 38 | ĐỨC BALOTELI |
| 39 | LIMITLESS STORE 6 |
| 40 | Akuthong |
| 41 | Quanzhoufengzequxiujuanfangshangmaozhongxin |
| 42 | minjjsin |
| 43 | ChangShaShiXiGuiShangMaoYouXianGongSi |
| 44 | Chenlilil |
| 45 | Wangxiaoxiaixa |
| 46 | VIỆT HÀ SEA |
| 47 | ZhuZhouHuJuShangMaoYouXianGongSi |
| 48 | ZZIXINS |
| 49 | Warlesms |
| 50 | foshanshipaweizishangmaoyouxiangongsi |
| 51 | Miao Shaojie |
| 52 | linchenxing |
| 53 | TAIVASTORE |
| 54 | yeconghuahua |
| 55 | YYUEBS |
| 56 | JiuShangJiXie |
| 57 | tangyinxianboliyezhuangshizhuangxiu |
| 58 | zuoqiangshangmao |
| 59 | yeyudjadb |
| 60 | HuangLiang568 |
| 61 | songyuanshibenshunkejiyouxiangongsi |
| 62 | zhijiangshizhuohuliaoshangmaoshanghang |
| 63 | JiaFuJianZhu |
| 64 | HuaiHuaShiJianPingYouHaiShengWuFangZhiYouXianGongSi |

| | |
|---|---|
| 65 | zansapachuangyi |
| 66 | xiaosnan |
| 67 | ZhengZhouFuZhuJianCaiYouXianGongSi |
| 68 | RUTINGMAOYI SHOP |
| 69 | 兰溪市凌艾电子商务商行个人独资 |
| 70 | The Crafty Pen |
| 71 | HomeCharm26 |
| 72 | ★★★★★PETCDIM |
| 73 | PopDrape |
| 74 | LiWei2025 |
| 75 | 归心精品商店 |
| 76 | ChenZeXinXiJiShu |
| 77 | 义乌市奎谬电子商务商行 |
| 78 | puyanglongyaojienenghuanbaokeji |
| 79 | riqingbairanfengcui |
| 80 | Dazaro Store |
| 81 | chen xiuzhen |
| 82 | ffcasdawddw |
| 83 | HuaYalook |
| 84 | HEXIAO GY ART |
| 85 | LuxCom |
| 86 | xuankai18477 |
| 87 | chenzhifeng666 |
| 88 | yiwushiziwanmaoyishanghang |
| 89 | yutianxianxingchenxianweizhipinyouxiangongsi |
| 90 | hefeigecanshangmaoyouxiangongsi |
| 91 | wenzhouchuangleijianzhuzhuanghuangyouxiangongsi |
| 92 | zhoukouhongmishangmaoyouxiangongsi |
| 93 | dengxiquanquan |
| 94 | 义乌市虞恒商贸有限公司 |
| 95 | xiangyuanxianyangmeishangmaoyouxiangongsi |
| 96 | Puyang Educational Toys Wholesale |
| 97 | HuaiNanQuanDeShangMaoYouXianGongSi |
| 98 | anqingshenqiangshangmaoyouxiangongsi |
| 99 | ZhongMouXianFeiHuiWangLuo |
| 100 | Anhthune |
| 101 | hoangminhhung3872 |
| 102 | renrrn |
| 103 | anyangshihaiwajianshegongcheng |
| 104 | GuangZhouYuanHongMaoYiYouXianGongSi |

| | |
|---|---|
| 105 | XianNingShiHanBiaoShangMaoYouXianGongSi |
| 106 | Zhengyangsai |
| 107 | LianRui |
| 108 | feichengshirunkezhuangshigongchengyouxiangongsi |
| 109 | kaiyizhizao |
| 110 | siyunsu |
| 111 | Guangzhou Bangqun Trading Co., Ltd |
| 112 | FuZhiRong65 |
| 113 | ffahds |
| 114 | HuHeHaoTeShiLunMinChengShangMao |
| 115 | linyijunfashangmaoyouxiangongsi |
| 116 | lyxrrdq |
| 117 | XiangLongJianCai |
| 118 | ShiSaiGuoGuaBaiHu |
| 119 | AE6TP8D1R |
| 120 | FoShanShiTangWeiMengMaoYiYouXianGongSi |
| 121 | HeNanMiLuoMenChuang |
| 122 | GuiZhouHongMingJianZhuZhuangShiGongChengYouXianGongSi |
| 123 | uhjyhgdd |
| 124 | MO FASAYEI |
| 125 | CCHEWN |
| 126 | DIỆU ROSE |
| 127 | chong qing yi hui you pin shang mao you xian gong si |
| 128 | AEGPWAD0P |
| 129 | AEER0CK2F |
| 130 | leqiji |
| 131 | XiangHeYinDaJiaJu |
| 132 | dongguanshiyitefangzhipinyouxiangongsi |
| 133 | mcxvb |
| 134 | HuHeHaoTeShiNuanChengJinShangMaoYouXianZeRenGongSi |
| 135 | FFYS |
| 136 | TangYinXianZhongXinQiCheZuLinFuWu |
| 137 | Haoyye Store |
| 138 | 2+3 USA Inc |
| 139 | Guangyuliqiang |
| 140 | Guangmaoda trading store |
| 141 | LuoXiaoLong81 |
| 142 | HAMINHTHUAN |
| 143 | zhongqingenhukejiyouxiangongsi |
| 144 | haerbinshiqiuliangxinxizixunyouxiangongsi |
| 145 | pingdingshanshixinyadianzixinxijishuyouxiangongsi |

| | |
|---|---|
| 146 | Matsumi Trading |
| 147 | ZHENGBIN NCLSDRSL |
| 148 | wuzhifeidexiaodian |
| 149 | luoyangzhadashangmaoyouxiangongsi |
| 150 | chengdubaoyancanyinyouxiangongsi |
| 151 | AE86J645J |
| 152 | AE8DLLM1C |
| 153 | jingjingartshop |
| 154 | wuhanchenhaomaoyiyouxiangongsi |
| 155 | shandonglaodifangjiangcunkaoyuyouxiangongsi |
| 156 | Wangyangong |
| 157 | huxinxin Store |
| 158 | QiLongGongChengAnZhuang |
| 159 | BBUAN |
| 160 | LUXPX |
| 161 | BXCV4RE |
| 162 | hanleixiangkuajing |
| 163 | zhoukoujinyingshangmaoyouxiangongsi |
| 164 | Chen wenqing |
| 165 | douhenhaomao |
| 166 | Liang YiYiJi |
| 167 | TuyetNgan.Store |
| 168 | Liqingshuang |
| 169 | ASRWALKGH |
| 170 | XinShaoXianAnQingShangMao |
| 171 | lisheng lu |
| 172 | Shijifa pillow cover |
| 173 | ganhedong pillow cover |
| 174 | guangzhouxifeng |
| 175 | Qyaoshan |
| 176 | JPIA |
| 177 | XingYuu E-commerce |
| 178 | PurePlatter |
| 179 | tusateysmall |
| 180 | Vestiva |
| 181 | qiquan |
| 182 | anxin |
| 183 | likerun |
| 184 | jibanzhuo |
| 185 | binyudianzishangwu |
| 186 | GuangZhouHuiJiaShangMao05 |

| | |
|---|---|
| 187 | BCMMKLPP STORE |
| 188 | Lingjue E-commerce |